IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REPUBLIC GROUP INTER-<br>NATIONAL, INC., D/B/A<br>CUSTOM DREAM HOMES,<br>D/B/A REPUBLIC MORTGAGE,<br>D/B/A REPUBLIC REAL<br>ESTATE, AND JOEL ZAPATA,<br>　　　　Plaintiffs, | § § § § § § § § | |
| VS. | § § | CAUSE NO. B-98-150 |
| FIRST VALLEY BANK,<br>CYNTHIA "CINDY" GARZA,<br>INDIVIDUALLY AND AS<br>AN OFFICER OF FIRST<br>VALLEY BANK, AND MICHAEL<br>SCIEF, INDIVIDUALLY AND<br>AND AS AN OFFICER OF<br>FIRST VALLEY BANK<br>　　　　Defendants. | § § § § § § § § § | |

## MOTION TO REMAND

TO THE HONORABLE COURT:

**REPUBLIC GROUP INTERNATIONAL, INC., D/B/A CUSTOM DREAM HOMES, D/B/A REPUBLIC MORTGAGE, D/B/A REPUBLIC REAL ESTATE AND JOEL ZAPATA**, plaintiffs in this action, pursuant to 28 U.S.C. Section 1447(c), move this Court for an order remanding this action to the 357th Judicial District Court of the State of Texas, County of Cameron, on the grounds that removal is inappropriate at this time and this Court lacks jurisdiction over the subject matter of this action. In support of this motion, Plaintiffs show:

## I.

This Court is without jurisdiction to hear this action in that complete diversity between the parties is not claimed by the Defendants and does not exist and the causes of action in this matter do not arise under federal law or are not preempted by federal law. The Plaintiffs' petition does not state any claims arising under federal law, but seeks relief for negligence, breach of contract, fraud, tortious interference with business relations and prospective contractual relations and under the Texas Deceptive Trade Practices Act, Tex. Bus.& Com. Code, §17.01, et seq.

## II.

Defendants' sole ground for removal is Plaintiffs' status as Debtors in Bankruptcy Case No. 98-10840 (Chapter 13) which, under 28 U.S.C. §1334(b), allows for removal of Plaintiffs' state claims to Federal Court.

## III.

However, on November 10, 1998, on the motion of Debtors (Plaintiffs herein), the United States Bankruptcy Court for the Southern District of Texas dismissed the bankruptcy proceedings in Case No. 98-10840-B-13. Therefore, the sole ground for removal and for federal jurisdiction in this case no longer exists and this Court should remand this case to the 357th Judicial District Court of Cameron County, Texas for further proceedings.

## IV.

In support of Plaintiffs' Motion to Remand, Plaintiffs attach the following:

(a)  a copy of Plaintiffs' Original Petition filed in the 357th Judicial District Court of Cameron County, Texas.

(b)  a copy of the Order of Dismissal entered by the United States Bankruptcy Court for the Southern District of Texas.

## V.

Alternatively, Plaintiffs request that this Court, in its discretion and pursuant to 28 U.S.C. Section 1441(c), remand all of Plaintiffs' causes of action, under Texas law, against Defendants which are set out in Plaintiffs' Original Petition. Said claims should be remanded on the grounds that state law predominates in said causes of action and substantial proceedings have not taken place in federal court.

**WHEREFORE, PREMISES CONSIDERED**, **REPUBLIC GROUP INTERNATIONAL, INC., D/B/A CUSTOM DREAM HOMES, D/B/A REPUBLIC MORTGAGE, D/B/A REPUBLIC REAL ESTATE AND JOEL ZAPATA**, Plaintiffs, respectfully request that this Court remand this action to the 357th Judicial District Court of the State of Texas, Cameron County.

Respectfully submitted,

**MAGALLANES & HINOJOSA**
A Professional Corporation
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Tel: (956) 544-6571
Fax: (956) 544-4290

By: _/s/ Gilberto Hinojosa_
GILBERTO HINOJOSA
State Bar No. 09701100
Federal I.D. No. 3425
*ATTORNEYS FOR PLAINTIFFS*

# CERTIFICATE OF SERVICE

I, **Gilberto Hinojosa**, hereby certify that a true and correct copy of the foregoing document has been served on all parties pursuant to the Federal Rules of Civil Procedure on this the ___1st___ day of December, 1998, *via facsimile and/or certified mail, return receipt requested*.

Cristopher Boswell
**STAPLETON, WHITTINGTON, CURTIS & BOSWELL**
201 North First Street
P. O. Box 2644
Harlingen, Texas 78550

*Telecopy #: (956) 428-9283*

_____
Gilberto Hinojosa

\* \* \* \* \* \*

# CERTIFICATE OF CONFERENCE

I, **GILBERTO HINOJOSA**, pursuant to the Federal Rules of Civil Procedure, do hereby certify that I or a member of my staff has conferred with the counsel of record listed below and/or their staff as to the filing of this motion and they do not agree with regard to the filing of same.

Cristopher Boswell
**STAPLETON, WHITTINGTON, CURTIS & BOSWELL**
201 North First Street
P. O. Box 2644
Harlingen, Texas 78550

**Signed** this the ___1st___ day of December, 1998.

_____
GILBERTO HINOJOSA

---

Motion to Remand
Republic Group Int., Inc., et al v. First Valley Bank, et al                              Page 4