*4*

# THE HONORABLE JOHN WM. BLACK

## TELEPHONIC INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-98-150          DATE & TIME:      12-16-98 AT 2:00 P.M.

REPUBLIC GROUP INTERNATIONAL,          PLAINTIFF(S)      GILBERTO HINOJOSA
INC., ET AL.                           COUNSEL

VS.

FIRST VALLEY BANK, ET AL.          DEFENDANT(S)    CHRISTOPHER BOSWELL
                                       COUNSEL

-------------------------------------------------------------------------------------

Attorneys Gilberto Hinojosa and Christopher Boswell appeared telephonically.

The Order of Remand was signed. This case will be remanded to the 357th Judicial Court of Cameron County, Texas.

ClibPDF - www.fastio.com