IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REPUBLIC GROUP INTER-NATIONAL, INC., D/B/A CUSTOM DREAM HOMES, D/B/A REPUBLIC MORTGAGE, D/B/A REPUBLIC REAL ESTATE, AND JOEL ZAPATA, *Plaintiffs,* | § § § § § § § § | |
| VS. | § § | CAUSE NO. B-98-150 |
| FIRST VALLEY BANK, CYNTHIA "CINDY" GARZA, INDIVIDUALLY AND AS AN OFFICER OF FIRST VALLEY BANK, AND MICHAEL SCIEF, INDIVIDUALLY AND AS AN OFFICER OF FIRST VALLEY BANK *Defendants.* | § § § § § § § | |

United States District Court
Southern District of Texas
ENTERED

DEC 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

The cause having come on for hearing on the Motion of Plaintiffs to Remand this action to the 357th Judicial District Court of Cameron County, Texas, and the Court having considered the arguments of counsel and the pleadings on file, it appears to the Court that this Court lacks jurisdiction over the subject matter of this action and the causes of action in this matter and the defenses thereto do not arise under federal law.

For these reasons, it is ordered that the Plaintiffs' motion is **granted**, and that this action is remanded to the 357th Judicial District Court of Cameron County, Texas, and that a certified copy of this order shall be mailed by the Clerk of this Court to the Clerk of the 357th Judicial District Court of Cameron County, Texas, on receipt of which that Court may

proceed with the action according to the laws and procedures of the courts of the State of Texas.

**SIGNED** this the 16TH day of DEC, 1998.

_____
MAGISTRATE Judge of the United States District Court for the Southern District of Texas - ~~McAllen Division~~

cc:  Hon. Christopher Boswell
     Hon. Gilberto Hinojosa

---

*Motion to Remand*
*Republic Group Int., Inc., et al v. First Valley Bank, et al*                                Page 6